IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ELADIO OTERO,

        Defendant.

Criminal Action No. 22- CR 59-4

## MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Kevin Pierce, Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, who has not yet been arrested by federal law enforcement in the above-captioned case, and who has been indicted as a result of an Indictment issued against him on June 28, 2022.

Respectfully Submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

By: /s/ Kevin Pierce
Kevin Pierce
Assistant United States Attorney

Dated: June 28, 2022

AND NOW, this __28th__ day of __June__, 2022, based upon the foregoing Motion, IT IS ORDERED that a warrant be issued for the arrest of Eladio Otero.

_____
CHRISTOPHER J. BURKE
U.S. MAGISTRATE JUDGE
DISTRICT OF DELAWARE