# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 22-59-RGA |
| ELADIO OTERO, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

1. From on or about February 2022, through on or about June 2, 2022, in the District of Delaware and elsewhere, **ELADIO OTERO,** defendant herein, did knowingly and intentionally use any communication facility, namely a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846 that is, Drug Conspiracy.

All in violation of Title 21, United States Code, Section 843(b).

### NOTICE OF FORFEITURE

2. Upon conviction of the offense in violation of 21 U.S.C. §§ 843(b) set forth in Count One of this Information, the defendant, **ELADIO OTERO**, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offense.

FILED

FEB - 1 2023

U.S. DISTRICT COURT DISTRICT OF DELAWARE

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divide without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Kevin P. Pierce
Assistant United States Attorneys

Dated: 2/1/23