

## U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*Hercules Building*
*1313 N. Market Street*
*P. O. Box 2046*                                                               *(302) 573-6277*
*Wilmington, Delaware   19899-2046*         *FAX (302) 573-6220*

May 24, 2023

**VIA CM/ECF**

The Honorable Richard G. Andrews, Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

  Re: <u>*United States v. Eladio Otero*, **Criminal Case No. 22-59-RGA**</u>

Dear Judge Andrews,

  The government hereby submits this letter sentencing memorandum in the above-captioned case. The United States recommends that the Court impose a period of incarceration of 18 months, followed by 3 years of supervised release, no fine, and a $100 special assessment. As it does in all cases, the government includes herewith Attachment A, filed under seal.

  A sentence of 16 months of imprisonment will achieve the goals of sentencing outlined in 18 U.S.C. § 3553(a). D.I. 102 (Amended Presentence Investigation Report ("PSR")) at ¶ 167. First, a sentence of 18 months' imprisonment reflects the serious of the Defendant's conduct. Drug dealing is a serious crime. The Defendant played an integral part in a wide-scale DTO, which led to large seizures of cocaine, marijuana, firearms, and United States currency. To protect the public, the Court must impose a sentence consistent with such a serious crime. The Defendant's drug dealing placed himself, and numerous others, at risk.

  In addition, the Defendant's history and characteristics favor a sentence of 18 months of imprisonment. The Defendant has a lengthy criminal history, which includes numerous prior drug offenses and a history of violent behavior. PSR at ¶¶ 69-113. The Defendant's continuing use and sale of drugs, despite the convictions and years of supervision, indicates a willingness to recidivate and disregard for the law. Therefore, the Court must impose a sentence consistent with the Defendant's life of crime that is sufficient but not greater than necessary.

In sum, a sentence of 18 months of imprisonment, followed by 3 years of supervised release, no fine, and a $100 special assessment is sufficient but not greater than necessary under 18 U.S.C. § 3553(a).

        Respectfully Submitted,

        DAVID C. WEISS
        United States Attorney

By: _____
        Kevin P. Pierce
        Assistant United States Attorney